**UNITED STATES OF AMERICA**
**MERIT SYSTEMS PROTECTION BOARD**

| | |
|---|---|
| SPECIAL COUNSEL EX REL. DALE KLEIN, | DOCKET NUMBER CB-1208-16-0023-U-2 |
|         Petitioner, | |
|       v. | |
| | DATE: June 20, 2016 |
| DEPARTMENT OF VETERANS AFFAIRS, | |
|         Agency. | |

# THIS STAY ORDER IS NONPRECEDENTIAL[*]

Elizabeth Q. McMurray, Esquire, and Sheri S. Shilling, Esquire, Washington, D.C., for the petitioner.

Loretta Poston, Esquire, Tampa, Florida, for the relator.

G.M. Jeff Keys, Esquire, Saint Louis, Missouri, for the agency.

**BEFORE**

Mark A. Robbins, Member

**ORDER ON STAY REQUEST**

On May 26, 2016, the Office of Special Counsel (OSC) requested a stay of the termination of Dr. Dale Klein's appointment to complete its investigation and

---

[*] A nonprecedential order is one that the Board has determined does not add significantly to the body of MSPB case law. Parties may cite nonprecedential orders, but such orders have no precedential value; the Board and administrative judges are not required to follow or distinguish them in any future decisions. In contrast, a precedential decision issued as an Opinion and Order has been identified by the Board as significantly contributing to the Board's case law. *See* 5 C.F.R. § 1201.117(c).

legal review of his prohibited personnel practices complaint and determine whether to seek corrective action. *Special Counsel, ex rel. Dale Klein v. Department of Veterans Affairs*, MSPB Docket No. CB-1208-16-0023-U-1, Stay Request File (U-1 SRF), Tab 1. OSC also requested an order returning Dr. Klein to his position and duties as a pain management physician at the Department of Veterans Affairs (DVA) Poplar Bluff Medical Center during the pendency of the stay. *Id*. The Board granted OSC's request for a 45-day stay, but denied OSC's request that the Board order the employing agency to return Dr. Klein to the duties and responsibilities of a pain management physician. U-1 SRF, Tab 3.

¶2 On June 9, 2016, OSC filed a request that the Board modify the order granting the initial stay request by ordering that Dr. Klein be returned to his position as a pain management physician. *Special Counsel, ex rel. Dale Klein v. Department of Veterans Affairs*, MSPB Docket No. CB-1208-16-0023-U-2, Stay Request File (U-2 SRF), Tab 1. In the alternative, OSC requests that Dr. Klein be placed in "other physician duties." *Id*. On June 11, 2016, DVA filed a response to OSC's modification request stating that the Poplar Bluff Medical Center's pain management clinic has been closed and explaining the difficulties in reopening the clinic within the 45 days that the stay has been granted. U-2 SRF, Tab 2.

¶3 The Board has reviewed OSC's request for a modification and DVA's response, and find no basis for modifying the order granting OSC's request for a 45-day stay. Therefore, OSC's request for a modification of the initial stay order is DENIED.

FOR THE BOARD: _____
William D. Spencer
Clerk of the Board

Washington, D.C.